AO 91 (Rev. 11/11)  Criminal Complaint

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **25mj2305** |
| | ) | |
| | ) | |
| | ) | |
| ANGEL GARCIA-MARTINEZ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 12, 2025 in the county of Bernalillo in the District of New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846, 18 U.S.C. § 924(c), and 18 U.S.C. § 921(a)(8). | Possession with the intent to distribute a controlled substance, Conspiracy to possess a controlled substance with the intent to distribute, Firearm in furtherance of a drug trafficking crime, Possession of a short barreled rifle. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

James Davis Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date: 6/13/2025

*Judge's signature*

City and state: Albuquerque, New Mexico

STEVEN C. YARBROUGH U.S. MAGISTRATE
*Printed name and title*

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

I, James Davis, being first duly sworn, hereby depose and state as follows:

**Introduction and Background of the Affiant**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since August 2018. I am currently assigned to the Albuquerque Violent Gang Task Force (VGTF). Since 2019, I have worked with the Organized Crime Drug Enforcement Task Force (OCDETF), where I primarily investigate violent repeat offenders involved in federal drug and firearm related crimes. Prior to my assignment to the OCDEFT and VGTF, I served on the FBI Joint Terrorism Task Force. Conducting operations in the FBI has given me extensive experience in investigating and disrupting organized criminal activities. Throughout my time with the FBI, I have been involved in multiple investigations that have resulted in the arrest and prosecution of members of transnational organized crime groups, as well as individuals involved in drug smuggling, weapons smuggling, human smuggling, and other illegal activities whilst utilizing social media exploitation and cellular device tracking. My experience as a Special Agent includes, but is not limited to: conducting physical surveillance; interviewing witnesses; writing affidavits for and executing search warrants; working with undercover agents and informants; issuing administrative and federal grand jury subpoenas; analyzing financial records, telephone records, and data derived from the use of pen registers, trap and traces, and assisting in wiretap investigations.

2.      I make this affidavit in support of the arrest of ANGEL GARCIA-MARTINEZ (MARTINEZ), for a violations of 21 U.S.C. §§ 841 and 846, 18 U.S.C. § 924(c), and 18 U.S.C. § 921(a)(8).

3.      The statements contained in this affidavit are based upon my investigation, training and experience, and information provided by other law enforcement officers or from other reliable sources. Because this affidavit is being submitted for the limited purpose of securing a criminal

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against MARTINEZ.

## Probable Cause

4.     On June 12, 2025, agents executed a search warrant on 441 Loma Hermosa Dr NW Albuquerque, New Mexico 87105. At the completion of the search, agents discovered 11 bundles of fentanyl pills wrapped in brown tape, two short barreled rifles, two hand guns, one AR pistol, one shotgun and an assortment of ammunition. One of the occupants of the residence was positively identified as MARTINEZ. MARTINEZ was present at the time of the search warrant and agreed to speak with agents.

5.     After being advised of his Miranda Rights, MARTINEZ informed agents that he had maintained possession of the 11 bundles of fentanyl pills for a friend and was paid $500.00 to maintain the fentanyl pill bundles at his residence until his friend came to recollect the fentanyl pill bundles. MARTINEZ admitted to holding fentanyl pills for the same friend approximately five times. Based on my training and experience, the manner in which the fentanyl pill bundles were found are consistent with distribution and are likely in increments of 10,000 pills per bundle which would in total exceed 400 grams. Agents asked MARTINEZ if he paid for the tax stamp required to lawfully possess the two short barreled rifles. MARTINEZ advised agents he did not pay for a tax stamp and maintained that he purchased the rifles from gun shows in the SBR configuration. Private sales of NFA items must go through specific legal processes no different than commercial sales of NFA items.

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

## Conclusion

6.     Based on the above information, I believe there is probable cause that MARTINEZ violated 21 U.S.C. §§ 841 and 846, 18 U.S.C. § 924(c), and 18 U.S.C. § 921(a)(8). This affidavit has been reviewed and approved by Assistant United States Attorney Nora Wilson. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

James Davis
Special Agent
Federal Bureau of Investigation

Sworn telephonically and signed electronically on June 13, 2025:

THE HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE
ALBUQUERQUE, NEW MEXICO